## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| WILLIAM DIAZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No. CIV-14-821-F |
| | ) | |
| OKLAHOMA BUREAU OF NARCOTICS AND DANGEROUS DRUGS CONTROL, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## J U D G M E N T

This action was tried before the court and a jury, Stephen P. Friot, District Judge, presiding.  The jury rendered a verdict in favor of the plaintiff, William Diaz, and against the defendant, Oklahoma Bureau of Narcotics and Dangerous Drugs Control, in the amount of $13,800.00 as damages for lost wages and benefits, and in the amount of $220,000.00 as compensatory damages for emotional pain and mental anguish or other non-pecuniary losses.  In addition, the court has determined that plaintiff is entitled to an award of $27,757.20 in front pay.  Thus, plaintiff's total damage award is $261,557.20.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of the plaintiff, William Diaz, and against the defendant, the Oklahoma Bureau of Narcotics and Dangerous Drugs Control, in the amount of $261,577.20;

IT IS FURTHER ORDERED AND ADJUDGED that the plaintiff recover post-judgment interest from today's date as the date of entry of the judgment pursuant to 28 U.S.C. § 1961(a), at the rate of  .85 percent per annum; and

IT IS FURTHER ORDERED AND ADJUDGED that the plaintiff recover his costs of this action.

Dated at Oklahoma City, Oklahoma, this 3rd day of January, 2017.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-0821p015.wpd